JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PORRAS REYES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FCA US, LLC,<br><br>　　　　Defendant. | **CASE NO.: 5:20-cv-02411-DSF-SP**<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Upon review of the Stipulation for Dismissal of Action and finding the relief requested appropriate, IT IS ORDERED that the above-referenced action is dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

DATED: August 11, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE